JEROME HYDE, Appellant, v. ANNA RADUNS, Administratrix, etc., of AUGUST F. RADUNS, Deceased, Respondent.— Judgment and order affirmed, with costs.

All concur, except Dowling, J., who dissents and votes for reversal and for granting a new trial on the authority of *Moore* v. *Nye* (21 N. Y. Supp. 94; 66 Hun, 628 [3d Dept.]; affd., 142 N. Y. 677); *Umfreville* v. *Keeler* (1 T. & C. 486 [4th Dept.]); *Rich* v. *N. Y. C. & H. R. R. R. Co.* (87 N. Y. 382); *Adams* v. *Gillig* (199 id. 314); *Ochs* v. *Woods* (221 id. 335); *Hobaica* v. *Byrne* (216 App. Div. 307, 309), and *Bowery National Bank* v. *Duncan* (12 Hun, 405, 408). (The judgment dismisses the complaint in an action to recover damage for alleged fraud and misrepresentation. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.